McAVENEY, Respondent, v. BRUSH, Appellant. (Supreme Court, Appellate Division, First

Department. June 29, 1896.) Action by Bryan McAveney against Thomas H. Brush. J. F. Brush, for appellant. G. S. Daniels, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.